MARSHALL et al. v. COMMERCIAL TRAVELERS' MUT. ACC. ASS'N OF AMERICA. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Benjamin Marshall and another, as executors, etc., against the Commercial Travelers' Mutual Accident Association of America.

PER CURIAM. Judgment ordered for the plaintiff for the sum of $432.15, without costs or interest. Held, that the plaintiff is not entitled to the benefit of the $2,500 provision of the by-laws, because the amputation of the leg was not made within three months after the accident. All concur, except LAUGHLIN, J., dissenting.

MARTIN, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by John Martin against William Martin.

PER CURIAM. Motion to amend order, by inserting therein a recital to the effect that the reversal was upon the law and the facts, granted, upon condition that the respondent would pay all the appellant's costs in the court of appeals before argument, and disbursements incurred since and including the appeal to the court of appeals, provided the appellant elects, within 10 days, to withdraw his appeal; and if the respondent, in case of such election, refuses to pay such costs and disbursements within 10 days after notice of the taxation of the same, then said motion is denied, with $10 costs. See 62 N. Y. Supp. 1142.

MATHER, Respondent, v. McPHERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Varnum P. Mather against Addie C. McPherson, impleaded, etc. No opinion. Judgment of county court and justice's court affirmed, with costs.

MATHER, Respondent, v. McPHERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Varnum P. Mather against Addie C. McPherson. No opinion. Motion for reargument denied, with $10 costs.

MEAD v. GASKILL et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by William Mead against Frank W. Gaskill, Joseph Connolly, and Mrs. Frank W. Gaskill, doing business under the firm name and style of the Canton Carnival Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except MERWIN, J., not voting.

MEEHAN, Respondent, v. TRADERS' & TRAVELERS' ACC. CO. OF NEW YORK, Appellant. (City Court of New York, General Term. January 11, 1901.) Action by Patrick A. Meehan against the Traders' & Travelers' Accident Company of New York. From a judgment in favor of the plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Abel Crook and Jacob Fromme, for appellant. Joseph A. Flannery, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

MERCHANTS' NAT. BANK OF PLATTSBURGH, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by the Merchants' National Bank of Plattsburgh against Erastus H. Barnes, impleaded with others. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., and EDWARDS, J., dissenting.

MERRITT, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Mary Merritt against E. Osborne Smith. G. Nathan, for appellant. R. J. Fox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MERRITT v. SMITH et al. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Mary Merritt against E. Osborne Smith and another. No opinion. Motion denied, with $10 costs.

MICHAELIS, Respondent, v. NEW YORK, & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Otto Michaelis against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs; SEWELL, J., taking no part.

MILLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Thomas Miller against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of a reduction of the amount of damages.

MOLSON'S BANK, Appellant, v. MARSHALL et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Molson's Bank against Jacob Marshall and Benjamin Marshall. No opinion. Order affirmed, with $10 costs and disbursements.

MOONEY v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Hester E. Mooney against the Press Publishing Co. No opinion. Motion granted, without costs.

In re MORRIS AVE. (Supreme Court, Appellate Division, First Department. January 25, 1901.) In the matter of Morris Avenue. No opinion. Motion granted, and questions certified, as stated in memorandum per curiam.

MORRISON v. METROPOLITAN EL. RY. CO. et al. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Ac-